# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2024

## NO. 03-22-00176-CV

**Appellant, Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics// Cross-Appellant, OMH-Healthedge Holdings, Inc. d/b/a Omega Healthcare Management Services**

**v.**

**Appellee, OMH-Healthedge Holdings, Inc. d/b/a Omega Healthcare Management Services// Cross-Appellee, Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
## AFFIRMED IN PARTY; REVERSED AND REMANDED IN PART –
## OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on January 6, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the judgment granting summary judgment to appellee//cross-appellant for actual damages, prejudgment interest, and postjudgment interest. Therefore the Court affirms that portion of the trial court's judgment. The Court further hold that there was reversible error in the portion of the judgment denying appellee//cross-appellant's attorney's fees. Therefore the Court reverses that portion of the trial court's judgment and remands the case to the trial court for calculation of a proper award of trial and appellate attorney's fees to appellee//cross-

appellant. Appellant//cross-appellee shall pay all costs relating to this appeal, both in this Court and in the court below.